**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY CLEVELAND BOBO,

    Plaintiff,

v.                                                            Case No. 08-CV-10265-DT

CITY OF PONTIAC, DARRYL COSBY and VAL
GROSS,

    Defendants.
                                          /

**ORDER STRIKING PLAINTIFF'S "MOTION TO AMEND"**

The court will strike Plaintiff's April 21, 2008 "Motion to Amend Complaint." The motion lacks (1) a statement regarding Defendants' concurrence, *see* E.D. Mich. LR 7.1(a), and (2) a brief in support, *see* E.D. Mich LR 7.1(c). While Defendants' April 23, 2008 response renders #1 moot, the court will still require a brief from Plaintiff. If that brief raises issues or arguments not already addressed in Defendants' response, then Defendants may file a supplement to their response within the time period required for an ordinary response.[1] Accordingly,

IT IS ORDERED that Plaintiffs' "Motion to Amend" [Dkt. # 12] is STRICKEN from the court's docket.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: April 24, 2008

---

[1] The court notes that its April 24, 2008 summary judgment order stated that the motion to amend was already stricken. (4/24/08 Order at 2 n.3.) The court's summary judgment analysis is not impacted by the different sequence of docketing.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 24, 2008, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522